AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.
Rohitkumar Patel;
Vinaykumar Patel

*Defendant(s)*

Case No. 4:21-mj-00078

FILED
WILLIAMSPORT
AUG 0 2 2021
PER CAW
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 21, 2019 to August 2, 2021 in the county of Clinton in the Middle District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | Visa Fraud |
| 18 U.S.C. 1341 | Mail Fraud |
| 18 U.S.C. 1035(a)(2) | False Statements regarding Healthcare Matters |
| 18 U.S.C. 371 | Conspiracy to commit Visa Fraud |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

*Complainant's signature*

Thomas Harris, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/02/2021

*Judge's signature*

City and state: Williamsport, Pennsylvania

Honorable William I. Arbuckle, Magistrate Judge
*Printed name and title*